# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Phyllis G. Taylor          : CHAPTER 13
:
       Debtor(s)                      : BANKRUPTCY NO. 12-14426/AMC

## CERTIFICATION OF NO RESPONSE

I, Alan B. Liss, Esquire, attorney for the above named debtor(s), hereby certify that No Response to the **Motion to Modify the Plan Post Confirmation,** filed with the Court on **February 3, 2017** has been received by me on this the **27th** day of **February 27**, **2017.** The requisite time in which to file an Answer having expired, it is hereby requested that the Order be approved forthwith.

DATED: February 27, 2017          **/s/ Alan B. Liss**
                                           **ALAN B. LISS, ESQUIRE**
                                           **Attorney for Debtor(s)**