IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Phyllis Taylor : CHAPTER 13
:
Debtor(s) : BANRKRUPTCY NO. 12-14426/AMC

ORDER TO AMEND DEBTOR'S CHAPTER 13 PLAN
POST CONFIRMATION

Upon motion of the Debtor(s) to modify the confirmed plan,

IT IS HEREBY ORDERED that the Debtor(s)' modified plan, shall be deemed the Debtors' Chapter 13 Plan and, as such, shall also be deemed to be confirmed.

BY THE COURT:

**Date: February 28, 2017**

Honorable Ashely M. Chan
Bankruptcy Judge

cc: Alan B. Liss, Esquire
 Chapter 13 Trustee
 All Creditors