```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 12-14426-amc
Phyllis G. Taylor                                               Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett            Page 1 of 2                  Date Rcvd: Feb 28, 2017
                              Form ID: pdf900            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db             +Phyllis G. Taylor,    376 Avon Road,    Upper Darby, PA 19082-4702
12748673       +AFI,   PO Box 3097,    Bloomington, IL 61702-3097
12748674       +Alan B. Liss, Esquire,    1420 Walnut Street,    Suite 808,    Philadelphia, PA 19102-4008
12748675       +Bank Of America,    PO Box 5170,    Simi Valley, CA 93062-5170
12866748       +Deutsche Bank National Trust Company as Trustee,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
12809165        Deutsche Bank National Trust Company as Trustee, e,    P.O. Box 660933,
                 Dallas, Texas 75266-0933
12748677       +LHR Inc.,    56 Main Street,    Hamburg, NY 14075-4905
12748680       +Security Credit Services,    c/o Five Lakes Agency Inc,    P O Box 80730,
                 Rochester, MI 48308-0730
12828420       +Security Credit Services, LLC,    PO Box 1156,    Oxford MS 38655-1156
12850326       +Upper Darby Township,    c/o James D. Smith, Finance Director,    100 Garrett Road,
                 Upper Darby, PA 19082-3135
12748681       +Upper Darby Twp.,    C/O Paul Mcnichol, Esquire,    606 E. Baltimore Pike,    Media, PA 19063-1751
12748682       +Verizon,    500 Technology Drive,    Suite 300,    Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 01 2017 02:06:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 01 2017 02:06:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 01 2017 02:06:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 01 2017 02:04:37
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
12758512       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 01 2017 02:04:38
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12757461       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 01 2017 02:04:10
                 Capital One Auto Finance Department,    c/o Ascension Capital Group,    P. O. Box 201347,
                 Arlington, TX 76006-1347
13410968       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 01 2017 02:04:38
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12748676       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 01 2017 02:04:12     Capone Auto,
                 3905 Dallas Parkway,    Plano, TX 75093-7892
12748678        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2017 02:30:45
                 Portfolio Recovery,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502
12748679       +E-mail/Text: Supportservices@receivablesperformance.com Mar 01 2017 02:06:43
                 Receivable Performance,    20816 44th Avenue W,    Lynnwood, WA 98036-7744
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr*            +Security Credit Services LLC,    c/o Five Lakes Agency, Inc.,    P O Box 80730,
                 Rochester, MI 48308-0730
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                    Date Rcvd: Feb 28, 2017
                              Form ID: pdf900              Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              ALAN B. LISS    on behalf of Debtor Phyllis G.  Taylor bnklaw@aol.com
              ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et. al.
               ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              JEFFREY T GROSSMAN    on behalf of Creditor    Capital One Auto Finance Department
               jgrossman@grossmanfirm.com,   jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Trust 2006-HE7, Mortgage
               Pass-Through Certificates, Series 2006 HE7 amps@manleydeas.com
              KRISTEN D. LITTLE    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et.
               al. pabk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7,
               Mortgage Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Trust 2006-HE7,
               Mortgage Pass-Through Certificates, Series 2006 HE7 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders
               of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortga mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Phyllis Taylor | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANRKRUPTCY NO. 12-14426/AMC |

ORDER TO AMEND DEBTOR'S CHAPTER 13 PLAN
<u>POST CONFIRMATION</u>

Upon motion of the Debtor(s) to modify the confirmed plan,

IT IS HEREBY ORDERED that the Debtor(s)' modified plan, shall be deemed the Debtors' Chapter 13 Plan and, as such, shall also be deemed to be confirmed.

BY THE COURT:

**Date: February 28, 2017**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

cc: Alan B. Liss, Esquire
    Chapter 13 Trustee
    All Creditors