UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **PHYLLIS TAYLOR** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 12-14426 AMC |

### ORDER

    **AND NOW,** this 19th day of July, 2017, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

    **ORDERED,** that the wage order previously entered in this case, directing **School District of Radnor Township** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

_____
**HONORABLE ASHELY CHAN**
**BANKRUPTCY JUDGE**

cc:   **Debtor**
**Phyllis G. Taylor**
376 Avon Road
Upper Darby, PA 19082

**Debtor's Employer**
School District of Radnor Township
135 S. Wayne Ave.
Wayne, Pa. 19087-4119

**Debtor's Counsel**
**ALAN B. LISS**
1420 Walnut St. Ste. 720
Philadelphia, PA 19102

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105