United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Phyllis G. Taylor
    Debtor

Case No. 12-14426-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 19, 2017
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
db     +Phyllis G. Taylor,    376 Avon Road,    Upper Darby, PA 19082-4702
    +School District of Radnor Township,    135 S. Wayne Avenue,    Wayne, PA 19087-4117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
       ALAN B. LISS    on behalf of Debtor Phyllis G.   Taylor bnklaw@aol.com
       ANN E. SWARTZ     on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et. al.
       ecfmail@mwc-law.com,    ecfmail@mwc-law.com
       JEFFREY T GROSSMAN    on behalf of Creditor    Capital One Auto Finance Department
       jgrossman@grossmanfirm.com,    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
       KIMBERLY A. BONNER     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
       trust for the registered holders of Morgan Stanley ABS Capital I Trust 2006-HE7, Mortgage
       Pass-Through Certificates, Series 2006 HE7 amps@manleydeas.com
       KRISTEN D. LITTLE    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et.
       al. pabk@logs.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
       in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7,
       Mortgage Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com
       MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
       agent for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders
       of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortga mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
       MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
       Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Trust 2006-HE7,
       Mortgage Pass-Through Certificates, Series 2006 HE7 mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                    TOTAL: 11

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | |
| **PHYLLIS TAYLOR** : | |
| : | |
| : | |
| Debtor(s)    : | Bankruptcy No. 12-14426 AMC |

**ORDER**

**AND NOW,** this 19th day of July, 2017, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

**ORDERED,** that the wage order previously entered in this case, directing **School District of Radnor Township** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

_____
**HONORABLE ASHELY CHAN
BANKRUPTCY JUDGE**

cc:    **Debtor
Phyllis G. Taylor**
376 Avon Road
Upper Darby, PA 19082

**Debtor's Employer**
School District of Radnor Township
135 S. Wayne Ave.
Wayne, Pa. 19087-4119

**Debtor's Counsel
ALAN B. LISS**
1420 Walnut St. Ste. 720
Philadelphia, PA 19102

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105