United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-14426-amc
Phyllis G. Taylor                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Antoinett        Page 1 of 1              Date Rcvd: Jul 21, 2017
                           Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.
db             +Phyllis G. Taylor,    376 Avon Road,    Upper Darby, PA 19082-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              ALAN B. LISS    on behalf of Debtor Phyllis G.   Taylor bnklaw@aol.com
              ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et. al.
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              JEFFREY T GROSSMAN    on behalf of Creditor    Capital One Auto Finance Department
               jgrossman@grossmanfirm.com,    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Trust 2006-HE7, Mortgage
               Pass-Through Certificates, Series 2006 HE7 amps@manleydeas.com
              KRISTEN D. LITTLE    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et.
               al. pabk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7,
               Mortgage Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders
               of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortga mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Trust 2006-HE7,
               Mortgage Pass-Through Certificates, Series 2006 HE7 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Phyllis G. Taylor : Case No. 12−14426−amc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , 21st day of July, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

76
Form 195